Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
JAN - 8 2003
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

FILED
CLERK, U S DISTRICT COURT
JAN - 7 2003
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BIOSCIENCE, INC., | Case No. 00-09589 MRP (AJWx) |
| Plaintiff, | [Complaint Filed: September 7, 2000] |
| v. | Assigned to the Honorable Mariana R. Pfaelzer |
| BAKER NORTON PHARMACEUTICALS, INC.; ZENITH GOLDLINE PHARMACEUTICALS, INC.; IVAX CORPORATION; and DOES 1 through 10, inclusive, | [PROPOSED] ORDER GRANTING PLAINTIFF/COUNTERDEFENDANT ABI'S MOTION TO VACATE MEMORANDUM OPINION AND ORDER GRANTING PARTIAL SUMMARY JUDGMENT |
| Defendants. | [Notice of Motion, Memorandum of Points and Authorities, and Declaration of Andrea B. Hasegawa filed concurrently herewith] |
| | Date: January 6, 2003<br>Time: 10:00 a.m.<br>Courtroom: 12 |

LODGED 2002 DEC 16 PM 1:00
ORIGINAL

The hearing on plaintiff/counterdefendant American BioScience, Inc.'s ("ABI") Motion to Vacate Memorandum Opinion and Order Granting Partial Summary Judgment came regularly on for hearing on January 6, 2003 before the Honorable Mariana R. Pfaelzer. Defendants/counterplaintiffs Baker Norton Pharmaceuticals, Inc., Zenith Goldline Pharmaceuticals, Inc., and IVAX Corporation (collectively "Ivax") did not oppose the motion.

After consideration of the papers and oral argument, the Court finds good cause and grants the Motion to Vacate its previous Order of January 11, 2002, granting partial summary judgment in favor of Ivax. The Court's Order of January 11, 2002, as well as its Order of March 7, 2002, Denying Reconsideration of the January 11 Order, are hereby vacated.

**IT IS SO ORDERED.**

Dated: January 7, 2003

Honorable Mariana R. Pfaelzer
United States District Court Judge
for the Central District of California

Submitted By:
Sheppard, Mullin, Richter & Hampton LLP

Andrea B. Hasegawa
Attorneys for Plaintiff/Counterdefendant
AMERICAN BIOSCIENCE, INC.

## PROOF OF SERVICE BY HAND DELIVERY

I, the undersigned, say that I am and was at all times herein mentioned employed in the County of Los Angeles, State of California, over the age of 18 years and not a party to the within action or proceeding; that my business address is 1111 W. 6th Street, Suite 111, Los Angeles, California 90017.

That on December 16, 2002, I served the following document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFF/COUNTERDEFENDANT ABI'S MOTION TO VACATE MEMORANDUM OPINION AND ORDER GRANTING PARTIAL SUMMARY JUDGMENT**

on the interested parties in said action or proceeding by personally delivering a true copy thereof, enclosed in a sealed envelope to the attorney(s) of record for said parties at the office address of said attorney(s), as follows:

Bruce A. Wessel, Esq.
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 16, 2002, at Los Angeles, California.

[Signature]

[Printed Name]

## PROOF OF SERVICE BY FEDERAL EXPRESS

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071, which is located in the county in which the within-mentioned service was made. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express. Such correspondence will be delivered to an authorized courier or driver authorized by Federal Express to receive documents or deposited with a facility regularly maintained by Federal Express for receipt of documents on the same day in the ordinary course of business.

On December 16, 2002, I served the following document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFF/COUNTERDEFENDANT ABI'S MOTION TO VACATE MEMORANDUM OPINION AND ORDER GRANTING PARTIAL SUMMARY JUDGMENT**

by placing _X_ a true copy __ the original in a separate envelope or package designated by Federal Express for each addressee named below, with the name and address of the person served shown on the envelope as follows:

William L. Mentlik, Esq.
LERNER, DAVID, LITTENBERG, et al.
600 South Avenue West, Suite 300
Westfield, New Jersey 07090

Jay B. Shapiro, Esquire
STERNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON
Museum Tower, Suite 2200
150 West Flagler
Miami, FL 33130

and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on December 16, 2002, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Sandy Comerro